SLIP OPINION

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | **Opinion Delivered** January 15, 2015 |

## PER CURIAM

In 2003, in response to a petition filed by the Arkansas Bar Association, the supreme court established the Arkansas Access to Justice Commission. *In re Ark. Bar Ass'n–Petition for Creation of the Ark. Access to Justice Comm'n*, 355 Ark. 709 (2003) (per curiam). Arkansas IOLTA Foundation, Inc., and Arkansas Access to Justice Foundation, Inc., recently merged, and the surviving corporation is Arkansas Access to Justice Foundation, Inc. *See In re Petition to Merge Ark. Access to Justice Found., Inc.*, 2013 Ark. 207 (per curiam). As a result of the merger, the Chair of the Board of Directors of Arkansas Access to Justice Foundation, Inc., will replace the Director of Arkansas IOLTA Foundation as an ex-officio member of the Arkansas Access to Justice Commission. Accordingly, we amend, effective immediately, the Commission's structure as set out below. Except for this amendment and clarification of the district court membership, all other provisions remain unchanged.

## STRUCTURE

. . . .

C. Membership.

    1.

. . .

    c. one state district court judge or local district court judge, and

. . .

E. In addition to the voting members set out herein, the Director of the Center for Arkansas Legal Services, the Director of Legal Aid of Arkansas, the Chair of the Board of Directors of Arkansas Access to Justice Foundation, Inc., and representatives of legal clinics at the state's two law schools appointed by their respective deans shall serve as ex–officio members of the Commission.


. . . .